# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HARLIE RENAE QUINTAVALLE,**
Appellant,

v.

**NICHOLAS R. ROCKWOOD,**
Appellee.

No. 4D23-947

[August 3, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 50-2021-DR-008819-XXXXNB.

Nicole McNamara Quattrocchi of The Quatro Firm, West Palm Beach, for appellant.

Jack B. Pugh of Pugh & Associates, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***